TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00139-CR

Daniel Howard Sparkman, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY

NO. 407375, HONORABLE DAVID PURYEAR, JUDGE PRESIDING

PER CURIAM

 A jury found appellant guilty of unlawfully carrying a weapon. The county court
at law assessed punishment at incarceration for one day.

 Appellant represents himself on appeal. In his brief, which is addressed to the
Court of Criminal Appeals, appellant contends this Court erred by overruling his motion to abate
the appeal. In his prayer for relief, appellant asks the Court of Criminal Appeals to order this
Court to grant the motion. Because appellant does not allege error in the county court at law, his
brief presents nothing for this Court to review.

 The judgment of conviction is affirmed. (1)

Before Justices Powers, Jones and B. A. Smith

Affirmed

Filed: April 10, 1996

Do Not Publish

1.   Appellant's motion to add to the record is dismissed.